1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

| | |
|---|---|
| STAR FABRICS, INC., | Case № 2:15-cv-01832-ODW (JEM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| J ONE TRADING, INC.; GIRLY GIRL LEGGINGS; SNS FASHION, INC.; and DOES 1-10, | |
| Defendants. | |

Based on Plaintiff's status report (ECF No. 32), the Court hereby **ORDERS** Plaintiff **TO SHOW CAUSE**, in writing, **on or before April 8, 2016**, as to (1) why its settlement with Defendant J One Trading, Inc. has not been finalized, and (2) why Plaintiff has not moved for entry of default judgment against Defendant SNS Fashions, Inc. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of (1) a dismissal of Defendant J One Trading, Inc. that complies with Federal Rule of Civil Procedure 41, and (2) a motion for entry of default judgment against Defendant SNS Fashions, Inc.

**IT IS SO ORDERED.**

March 8, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**