**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SNS FASHION, INC.; and DOES 1-10, <br><br> Defendant. | Case No. 2:15-cv-01832-ODW (JEM) <br><br> **JUDGMENT** |

On March 12, 2015, Plaintiff Star Fabrics, Inc. ("Plaintiff") filed this action against Defendants SNS Fashions, Inc. ("SNS") and various other defendants for copyright infringement. (ECF No. 1.) On May 21, 2015, the Clerk of Court entered a default against SNS. (ECF No. 21.) On July 15, 2016, this Court granted Plaintiff's Application for Default Judgment against SNS. (ECF No. 39.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. SNS is liable for Plaintiff's claim for copyright infringement;
2. Plaintiff shall recover from SNS the sum of Thirty Two Thousand Five Hundred Dollars ($32,500.00).

**IT IS SO ORDERED.**

July 15, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**